IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV283-MOC
(3:95CR231-MOC-2)

| | |
|---|---|
| ERIC CREIGHTON SAMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is before the Court on its own motion. On November 1, 2016, the Court granted Petitioner an extension of time to November 15, 2016, in which to file his responsive pleadings and briefs as directed by this Court. (Doc. No. 19). Petitioner has not filed his responsive pleadings and briefs within the time period set by the Court.

IT IS HEREBY ORDERED that Petitioner shall have twenty (20) days to file his responsive pleadings, in accordance with this Court's prior order, and the Government's corresponding deadline shall be extended to ten (10) days after that.

No further extensions of time will be granted in this action.

IT IS SO ORDERED.

Signed: March 13, 2017

Max O. Cogburn Jr.
United States District Judge