IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV283-MOC
(3:95CR231-MOC-2)

ERIC CREIGHTON SAMPSON,　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner,　　)
　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　)　　**O R D E R**
　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　 )
　　　　　　　　　　　　　　　)
　　　　　　　　Respondent.　　)
_____　)

**THIS MATTER** is before the Court on its own motion in light of the parties' respective briefs addressing Petitioner's motion to vacate brought under 28 U.S.C. § 2255, and following the parties' informal grant of consent to the entry of this Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is HELD in abeyance pending issuance of a decision in United States v. Brown, No. 16-7056. After issuance of such decision, the parties shall have 45 days to address the effect, if any, Brown has on Petitioner's claims.

Signed: May 10, 2017

Max O. Cogburn Jr
United States District Judge

-1-