IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV283-MOC
(3:95CR231-MOC-2)

| | |
|---|---|
| ERIC CREIGHTON SAMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion.

**ORDER**

**IT IS HEREBY ORDERED** that, within 20 days, the parties shall each submit a memorandum addressing Petitioner's alternative claim for relief under 28 U.S.C. § 2241, in light of the standard set forth by the Fourth Circuit in <u>United States v. Wheeler</u>, 886 F.3d 415 (4th Cir. 2018), <u>or</u> the parties shall inform the Court whether this action should be held in abeyance pending resolution of the petition for certiorari submitted to the Supreme Court in <u>Wheeler</u>, No. 18-420.

Signed: November 9, 2018



Max O. Cogburn Jr.
United States District Judge

-1-