IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV283-MOC
(3:95CR231-MOC-2)

| | |
|---|---|
| ERIC CREIGHTON SAMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is before the Court on the Government's Motion to Stay. (Doc. No. 28). The Government filed a petition for certiorari in United States v. Wheeler, 734 F. App'x 892 (4th Cir. 2018) on October 3, 2018. This matter is hereby stayed pending resolution of Wheeler. The Government shall notify this court within 45 days of the resolution of Wheeler.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 28), is **GRANTED**.

Signed: November 30, 2018

Max O. Cogburn Jr.
United States District Judge

1