IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV283-MOC
(3:95CR31-MOC-2)

| | |
|---|---|
| ERIC CREIGHTON SAMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

This matter is before the Court on Petitioner's Motion to Lift Stay and For Order Granting Relief, in light of the Supreme Court's denial of the Government's petition for certiorari in United States v. Wheeler, 886 F.3d 415, 428 (4th Cir. 2018), on March 18, 2019. (Doc. No. 30). The Government has consented to the motion to lift the stay, but not to an order granting relief at this time.

**IT IS HEREBY ORDERED** that Petitioner's Motion to Lift Stay, (Doc. No. 30), is **GRANTED**, but the Court will not rule on the merits until the Government addresses whether it agrees that Petitioner is entitled to sentencing relief in light of Wheeler.

The Government shall therefore have thirty days in which to inform the Court of its position by submitting a memorandum to the Court.

**IT IS SO ORDERED**.

Signed: April 5, 2019

Max O. Cogburn Jr.
United States District Judge